FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

2013 DEC 20  PM 1:46

**CLAUDIA BEILFUSS,**

    **Plaintiff,**

v.                                     **Case No. 3:13-cv-1545-J-20JRK**

**HOME DEPOT U.S.A., INC.,**

    **Defendant.**

_____/

## **O R D E R**

It has come to this Court's attention as of the reassignment of this case (Dkt. 4, December 18, 2013) that my son-in-law's law firm represents Plaintiff. Accordingly, I hereby recuse myself, and direct the Clerk to reassign this case in accordance with standard assignment procedures.

**DONE AND ENTERED** at Jacksonville, Florida, this 20 day of December, 2013.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Catherine P. Decunto, Esq.
Janine L. Pollack, Esq.
Richard J. Lantinberg, Esq.
Stephen H. Durant, Esq.